CHAMBERS COPY
Receipt #6866
$.46
11/20/2010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------

IN RE:                                            BK NO. 08-20086

JEROME & JENIFER CHENEY
      Debtor(s)
-------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

   Conserve
   PO Box 7
   200 Crosskeys Office Park
   Fairport NY 14450

2. Your Trustee's check for $0.46, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.


Dated: January 19, 2010
      Rochester, NY              /s/_____
                                                 GEORGE M. REIBER, TRUSTEE



FILED
January 20 2010
BANKRUPTCY COURT
ROCHESTER, NY